United States District Court
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   DEBORAH LYNN GUTIERREZ,                    CASE NO. 5:14-cv-00230 EJD

11                                              **ORDER RE: CONSENT/DECLINATION**
                         Plaintiff(s),          **TO PROCEED BEFORE A UNITED**
12        v.                                    **STATES MAGISTRATE JUDGE**

13   CAROLYN COLVIN, Acting
     Commissioner, Social Security
14   Administration,

15
                         Defendant(s).
16   _____/

17        On January 30, 2014, Defendant Carolyn Colvin, Acting Commissioner, Social Security

18   Administration, filed a document indicating her voluntary consent to have a United States

19   Magistrate Judge conduct all further proceedings in this action.  See Docket Item No. 11.

20        In order to determine the position of both parties on this issue, the court orders Plaintiff to

21   file a similar document indicating either her consent or declination to proceed before a United States

22   Magistrate Judge on or before **February 10, 2014**.

23   **IT IS SO ORDERED.**

24

25   Dated:  January 30, 2014

26                                              EDWARD J. DAVILA
                                                United States District Judge
27

28

                                             1