IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH LYNN GUTIERREZ,<br><br>       Plaintiff(s),<br>   v.<br><br>CAROLYN COLVIN, Acting Commissioner, Social Security Administration,<br><br>       Defendant(s). | CASE NO. 5:14-cv-00230 EJD<br><br>**ORDER TO SHOW CAUSE** |

On January 30, 2014, this court issued an order which required Plaintiff, on or before February 10, 2014, to file a document indicating either her consent or declination to proceed before a United States Magistrate Judge. <u>See</u> Docket Item No. 12. As of the date and time this order was filed, Plaintiff has not complied as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or failure comply with a court order. If Plaintiff does not, by **February 14, 2014**, file a document indicating her consent or declination to proceed for a Magistrate Judge or otherwise demonstrate good cause in writing why this case should not be dismissed, the court may dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b) or may require Plaintiff's appearance at a hearing on this issue.

**IT IS SO ORDERED.**

Dated: February 11, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:14-cv-00230 EJD
ORDER TO SHOW CAUSE

1