IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH LYNN GUTIERREZ, | CASE NO. 5:14-cv-00230 EJD |
| Plaintiff(s), | **ORDER DIRECTING CLERK TO REASSIGN CASE** |
| v. | |
| CAROLYN COLVIN, Acting Commissioner, Social Security Administration, | |
| Defendant(s). | |

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (see Docket Item Nos. 11, 14), the Clerk shall reassign it to an available magistrate judge according to the relevant portions of this District's assignment plan.

**IT IS SO ORDERED.**

Dated: February 11, 2014

EDWARD J. DAVILA
United States District Judge